Daniel T. Quinn, ABA 8211141
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
Email: dquinn@richmondquinn.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ROCKHILL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BORETIDE CONSULTING, LLC,<br>THOR KALLESTAD, GREG<br>CHRISTENSEN and NATIVE VILLAGE<br>OF PORT HEIDEN,<br><br>    Defendants. | Case No. 3:13-cv-00110-RRB |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW plaintiff Rockhill Insurance Company, and defendants Boretide Consulting, LLC, Thor Kallestad, Greg Christensen, and Native Village of Port Heiden, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of all claims of Rockhill Insurance Company against defendants Boretide Consulting, LLC, Thor Kallestad, Greg Christensen, and

Native Village of Port Heiden, with prejudice, each side to bear its own costs and attorney's fees.

DATED this 6th day of February, 2014, at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Plaintiff

By: /s/ Daniel T. Quinn
   360 "K" Street, Suite 200
   Anchorage, Alaska 99501
   Telephone: (907) 276-5727
   Facsimile: (907) 276-2953
   Email: dquinn@richmondquinn.com
   Alaska Bar No. 8211141

DATED this 6th day of February, 2014, at Anchorage, Alaska.

        FORTIER & MIKKO
        Attorneys for Defendant
        Native Village of Port Heiden

By: /s/ Samuel J. Fortier
   1600 A Street, Suite 101
   Anchorage, AK 99501
   Telephone: (907) 277-4222
   Facsimile: (907) 277-4221
   Email: sfortier@fortmikk.alaska.com
   Alaska Bar No. 8211115

Stipulation for Dismissal with Prejudice
Rockhill Insurance Company v. Boretide Consulting, LLC, et al., Case No. 3:13-cv-00110-RRB
Page 2 of 4

Case 3:13-cv-00110-RRB   Document 21   Filed 02/06/14   Page 2 of 4

DATED this 6th day of February, 2014, at Logan, Utah.

                         KENT LAW GROUP
                         Attorneys for Defendants
                         Boretide Consulting, LLC, Thor Kallestad
                         and Greg Christensen

By:     /s/ Daniel C. Kent
         1699 E. 1185 N.
         Logan, UT 84341
         Phone: (435) 227-0864
         Facsimile (435) 514-7284
         Email: dckesq@gmail.com
         Alaska Bar No. 0111067

Stipulation for Dismissal with Prejudice
Rockhill Insurance Company v. Boretide Consulting, LLC, et al., Case No. 3:13-cv-00110-RRB
Page 3 of 4

Case 3:13-cv-00110-RRB   Document 21   Filed 02/06/14   Page 3 of 4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February, 2014, a copy of the foregoing was served electronically on the following:

Samuel J. Fortier
Fortier & Mikko
1600 A Street, Suite 101
Anchorage, AK 99501
Email: sfortier@fortmikk.alaska.com

Daniel C. Kent
Kent Law Group
1699 E. 1185 N.
Logan, UT 84341
Email: dckesq@gmail.com


/s/ Daniel T. Quinn
RICHMOND & QUINN


510.001/PLD/Stipulation for Dismissal

Stipulation for Dismissal with Prejudice
Rockhill Insurance Company v. Boretide Consulting, LLC, et al., Case No. 3:13-cv-00110-RRB
Page 4 of 4

Case 3:13-cv-00110-RRB   Document 21   Filed 02/06/14   Page 4 of 4